IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INTERSCOPE RECORDS, SONY BMG MUSIC ENTERTAINMENT, BMG MUSIC, and WARNER BROS. RECORDS, | CASE NO. 8:06CV408 |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| V. | |
| PETER BREWER, | |
| Defendant. | |

This matter is before the Court on the Joint Stipulation for Dismissal without Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and this action should be dismissed. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal without Prejudice (Filing No. 10) is approved, and the relief requested therein is granted;

2. The Complaint is hereby dismissed without prejudice; and

3. The parties shall bear their own costs and attorney fees.

Dated this 18th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge